UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS HUNT, in his individual and representative capacity as trustee of the Kroeger Revocable Trust; CZAR ENTERPRISES, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-00348-JAM-KJN<br><br>**ORDER** |

# **ORDER**

　　　Pursuant to stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.


Dated: 6/8/2015　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE